**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| IN RE: | |
|---|---|
| Peter Chan | Case No.:  05 B 18904 |
| | Chapter:  13 |
| Debtor(s) | Judge Bruce W. Black |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Peter Chan, Debtor(s), 25255 Jacob Frye Drive, Plainfield, IL 60544
Kathleen A. Cavanaugh, Attorney for Debtor(s), 55 E. Monroe #3400, Chicago, IL 60603

You are hereby notified that ABN AMRO MORTGAGE GROUP, INCORPORATED has made post-petition advances of $395.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.  Debtor also remains due for any post-petition mortgage payments not yet made.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/24/06, ABN AMRO MORTGAGE GROUP, INCORPORATED's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 25, 2006.

/s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-5542)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.