```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 18904
   PETER CHAN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-1509


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/11/05 and confirmed on 08/04/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 108000.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG    70909.01           .00       70909.01
CITIMORTGAGE INC           MORTGAGE ARRE     5511.81           .00        5511.81
LASALLE BANK NA            SECURED           6290.00           .00        6290.00
AMERICASH LOANS            UNSECURED          594.86           .00         237.98
RESURGENT CAPITAL SERVIC   UNSECURED         6980.99           .00        2792.83
ECAST SETTLEMENT CORPORA   UNSECURED         8769.21           .00        3508.23
COTTONWOOD FINANCIAL LTD   UNSECURED         2488.93           .00         995.73
RESURGENT CAPITAL SERVIC   UNSECURED         7244.91           .00        2898.41
CHECK INTO CASH INC        UNSECURED          432.00           .00         172.83
RESURGENT CAPITAL SERVIC   UNSECURED         8282.06           .00        3313.34
PORTFOLIO RECOVERY ASSOC   UNSECURED         5355.33           .00        2142.46
ECAST SETTLEMENT CORPORA   UNSECURED         1074.93           .00         430.04
PAYDAY LOAN                UNSECURED        NOT FILED          .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED         3970.00           .00        1588.25
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 82710.82         .00     45193.22          .00     127904.04
PRINCIPAL PAID     82710.82         .00     18080.10          .00     100790.92
INTEREST PAID          .00          .00         .00           .00           .00
TOTAL PAID         82710.82         .00     18080.10          .00     100790.92
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    4509.08 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                        PAGE   2
        CASE NO. 05 B 18904 PETER CHAN